In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-13-00073-CV
_____

## ELTON SINEGAL D/B/A ELTON'S CONSTRUCTION, Appellant

## V.

## SHIRLEY PAYNE AND JAMES PAYNE, Appellees

**On Appeal from the 172nd District Court**
**Jefferson County, Texas**
**Trial Cause No. E-191,964**

## MEMORANDUM OPINION

The appellant neither paid the filing fee for the appeal nor established indigence on appeal. *See* Tex. R. App. P. 5, 20.1. On March 20, 2013, we notified the parties that the appeal would be dismissed for want of prosecution unless the appellant remitted the filing fee for the appeal. The appellant did not respond to the Court's notice. There being no reasonable explanation for the failure to pay the filing fee for the appeal, the appeal is dismissed for want of prosecution. Tex. R. App. P. 42.3.

1

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Opinion Delivered April 25, 2013
Before Gaultney, Kreger, and Horton, JJ.